ALBANY,
Nov. 1832.

TAYLOR, an *infant*, who sued by *guardian, v.* VANDERVOORT.

Muir
v.
Demaree.

Costs of a former suit in another court must be paid, or proceedings will be stayed ; and that though suit here be by guardian, and he a different person from the guardian in the other court.

MOTION to stay proceedings until the costs of a former suit prosecuted by the plaintiff by another person than the one now appearing as guardian in the superior court of the city of New-York. It was objected that the court would not compel the payment of costs in a suit in another court, and that the present guardian at all events should not be made responsible for them, but the COURT decided that the motion must be granted.